UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.S. and J.H., individually and on behalf of their minor child, S.S-H,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK STATE EDUCATION DEPARTMENT; DR. BETTY A. ROSA, in her representative role as Commissioner of Education for the New York State Education Department; the OFFICE OF STATE REVIEW, and JUSTYN BATES, CAROL H. HAUGE, STEVEN KROLAK, and SARAH L. HARRINGTON,

Defendants.

26-CV-06572 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **October 6, 2026,** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

Additionally, **within 60 days from the date of this Order**, Defendant shall file on the docket the certified administrative record in this matter. The administrative record shall be filed under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

SO ORDERED.

Dated: August 27, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge